**Dismissed and Opinion Filed August 22, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00337-CV**

**ONA MARIE HENDRIX, Appellant**
**V.**
**AAC FUNDING III, LLC DBC THIRTY 377, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-00821-A**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Miskel

On June 9, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by June 30, 2023. In our letter, we warned appellant that the appeal was subject to dismissal without further notice should appellant fail to file the requested letter brief. To date, appellant has not filed the requested letter brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).

230337f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

ONA MARIE HENDRIX, Appellant

No. 05-23-00337-CV     V.

AAC FUNDING III, LLC DBC THIRTY 377, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas Trial Court Cause No. CC-23-00821-A.

Opinion delivered by Justice Miskel. Justices Partida-Kipness and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 22nd day of August, 2023.